SLT:SD

M-0245

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN ALEXANDER VILLA,
    also known as "Flaco"

    Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 21, U.S.C. § 952(a)
and 960(b)(2)(B))

EASTERN DISTRICT OF NEW YORK, SS:

    Adriana Echeverry, being duly sworn, deposes and says that he is a Special Agent with Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about March 9, 2012, within the Eastern District of New York and elsewhere, the defendant JOHN ALEXANDER VILLA, also known as "Flaco", did knowingly and intentionally import into the United States from a place outside thereof a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 952(a) and 960(b)(2)(B).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

2

1. Since approximately October 2011, HSI agents have been investigating a drug trafficking organization based in Colombia responsible for importing cocaine into the United States through JFK airport.

2. During the course of the investigation, HSI agents learned form a confidential source whose information has proven to be reliable, that JOHN ALEXANDER VILLA also known as "FLACO," is a member of the organization responsible for distributing cocaine in the New York area.

3. On March 9, 2012, at approximately 2:00 p.m., while conducting surveillance of JOHN ALEXANDER VILLA, also known as "Flaco," HSI agents observed the defendant meet with another individual at a location in New York County. During this meeting, HSI agents observed the defendant engage in a hand to hand exchange with this individual. Specifically, the defendant provided the individual a messenger bag in exchange the individual provided the defendant with a small duffel bag.

4. HSI agents approached the defendant and recovered the bag, which was found to contain approximately 4.2 kilograms of a white powdery substance that appeared to be cocaine. Soon after his arrest, the defendant admitted that he provided the individual money to purchase cocaine.

5. HSI agents also recovered a bag from the second individual which contained approximately $ 96,000 in United States currency.

6. WHEREFORE, your deponent respectfully requests that the defendant JOHN ALEXANDER VILLA, also known as "FLACO" be dealt with according to law.

*Adriana Echeverry*
Adriana Echeverry
Special Agent
Homeland Security
Investigations

Sworn to before me this
12th day of March
_____

3E